**Jaime Ignacio ESTRADA,
Plaintiff–Appellant,**

v.

**C. Malo CLINES, Defendant–Appellee.**

**No. 12–17044.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed March 3, 2014.

Jaime Ignacio Estrada, Delano, CA, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Martin Kosla, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Jaime Ignacio Estrada appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his back pain and related medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Estrada did not raise a genuine dispute of material fact as to whether defendant's decisions regarding Estrada's treatment for his back pain were "medically unacceptable under the circumstances, and [were] chosen in conscious disregard of an excessive risk to [Estrada's] health." *Id.* at 1058 (citation and internal quotation marks omitted) (a difference in medical opinion does not rise to the level of deliberate indifference). Estrada also failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent to his need for a particular bunk placement. *See id.* at 1060 (deliberate indifference is a high legal standard; mere negligence does not suffice).

Estrada's requests for judicial notice, filed on April 8, 2013, and January 15, 2014, are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.